# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Wayne Thompson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sean McMillan,<br><br>　　　　Defendant. | NO. CV-23-00102-PHX-DJH (MTM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 3, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 3, 2023

　　　　　　　　　　　　　　　　　　s/ C. Marr
　　　　　　　　　　　　　　By　　Deputy Clerk